UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:08CV182-J

SUSAN SINGLETON                                              PLAINTIFF

v.

MICHAEL ASTRUE,
Commissioner of Social Security                             DEFENDANT

## FINAL JUDGMENT

Pursuant to the accompanying Memorandum Opinion, IT IS ORDERED:

1)      Plaintiff's objections to the Report and Recommendation of Magistrate Judge King

        are DENIED;

2)      The Report and Recommendation is ADOPTED;

3)      The Decision denying Social Security benefits is AFFIRMED; and

4)      This action is DISMISSED, with PREJUDICE.

This is a final and appealable Judgment.